■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON D. McFADDEN, Appellant. [840 NYS2d 916]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered March 30, 2006, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Ramos,* 7 NY3d 737, 738 [2006]; *People v Lopez,* 6 NY3d 248, 256 [2006]; *People v Seaberg,* 74 NY2d 1, 10 [1989]). His valid waiver of his right to appeal forecloses appellate review of his challenge to the Supreme Court's suppression determination (*see People v Correa,* 227

AD2d 414 [1996]; *People v Velasquez,* 181 AD2d 751, 751-752 [1992]; *People v Butler,* 167 AD2d 347 [1990]). Mastro, J.P., Covello, McCarthy and Dickerson, JJ., concur.